JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY RAY GARCIA, | Case No. 5:21-cv-559-JWH (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing the Action Without Prejudice, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this action is **DISMISSED** without prejudice.

Dated: July 6, 2021

_____
HONORABLE JOHN W. HOLCOMB
United States District Judge